DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
IAN M. ROCHE (SBN 265038)
NAVRUZ AVLONI (SBN 279556)
**MASTAGNI, HOLSTEDT,**
**AMICK, MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff,
Sharon Hove

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HOVE,<br><br>        Plaintiff,<br><br>v.<br><br>VALLEY OAKS APARTMENTS; VOA NATIONAL HOUSING CORPORATION; AUBURN VOA ELDERLY HOUSING, INC.; and DOES 1 through 200, Inclusive,<br><br>        Defendants. | Case No.: 2:12-CV-00413-MCE-CKD<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**NOTICE IS HEREBY GIVEN** that the parties have finalized settlement of this case. The Plaintiff requests that the matter be DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), each side to bear its own costs.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE